IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RAYMOND MARTINEZ,<br><br>　　　　　　Defendant. | 4:20CB3005<br><br>VIOLATION NOTICE: 9626278<br><br>ORDER |

Upon motion of the government, this matter shall be continued to November 5, 2020 at 8:30 a.m.

IT IS SO ORDERED this 29th day of September, 2020.

_____
CHERYL R. ZWART
United States Magistrate Judge